■ In the Matter of JAMES GNERRE, Respondent, v. KENT DEVELOPMENT Co., INC., Appellant.— Order of the Supreme Court, Westchester County, dated November 2, 1973, affirmed, with $20 costs and disbursements. No opinion. The inspection shall proceed at the place directed in the order under review at a time to be specified in a written notice, to be given by petitioner, of not less than 10 days or at such other time and place as may be agreed by

the parties.  Gulotta, P. J., Martuscello, Shapiro, Benjamin and Munder, JJ., concur.